UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM TED HOLLIDAY,

    Petitioner,

v.                                          Case No. 3:25cv264-LC-HTC

RICKY DIXON,

    Respondent.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on October 24, 2025 (ECF No. 19). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

    2.    The petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DISMISSED WITH PREJUDICE as untimely.

    3.    A certificate of appealability is DENIED.

4.   The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 24th day of November, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv264-LC-HTC